# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON PODOLAK, an individual, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiff,<br>vs.<br><br>DAYS INN WORLDWIDE, INC., a New Jersey corporation,<br><br>　　　　　Defendant. | HON. WILLIAM J. MARTINI, U.S.D.J.<br>Civil Action No. 2:16-cv-04345 (WJM/MF)<br><br>**STIPULATION AND ORDER<br>EXTENDING TIME**<br><br>(Document Electronically Filed) |

　　　　Pursuant to L.Civ.R. 6.1, it is hereby stipulated and agreed by and between the parties that the time for Plaintiff Jason Podolak to respond to the Motion to Dismiss of Defendant Days Inn Worldwide (ECF No. 15) filed on October 14, 2016 is extended through and including December 2, 2016.  This is the first request for an extension of time to respond to the Motion to Dismiss.

　　　　Service of process was effected as to Defendant on July 26, 2016.

　　　　The Parties stipulated to two extensions for Defendant to respond to the Complaint in this action: on August 30, 2016 (ECF No. 9) extending the time for response to September 16, 2016 and the on September 26, 2016 (ECF No. 14) extending the time for response until October 14, 2016.

| | |
|---|---|
| By: ___s/Christopher A. Seeger_____<br>　　　Christopher A. Seeger<br>　　　Scott Alan George<br>　　　SEEGER WEISS LLP<br>　　　550 Broad Street, Suite 920<br>　　　Newark, New Jersey 07102<br>　　　(T) 973.639.9100<br>　　　(F) 973.639.9393<br><br>　　　*Attorneys for Plaintiff*<br><br>　　　Dated: October 18, 2016 | By: ___s/ David S. Sager_____<br>　　　David S. Sager<br>　　　Reynold Lambert<br>　　　LOWENSTEIN SANDLER LLP<br>　　　65 Livingston Avenue<br>　　　Roseland, New Jersey 07068<br>　　　(T) 973.597.2528<br>　　　(F) 973.597.2529<br><br>　　　*Attorneys for Defendant*<br><br>　　　Dated: October 18, 2016 |

-2-

SO ORDERED this _____ day of _____, 2016

_____
HON. MARK FALK, U.S.M.J.